UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

CHRISTINA L BINGHAM

Debtor

Case No. 2:20-bk-09587-PS

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO CONTINUE AUTOMATIC STAY

I, CHRISTINA L BINGHAM, Debtor in the above entitled case, hereby declare under penalty of perjury:

1. I make this Declaration in support of my Motion to Continue Automatic Stay.
2. I have filed bankruptcy one time before filing the above captioned case.
3. The previous filing was a Chapter 13 case that I filed in Arizona on June 6, 2019 and was subsequently dismissed on September 10, 2019.
4. Following the filing of my prior case, my ex-husband stopped paying me maintenance/child-support in violation of court order and I was unable to make any payments to the trustee.
5. While I no longer receive any support from my ex-husband, I have found a stable job which I have been working at for over one year, I have adjusted my living expenses accordingly, and my income is now sufficient to pay my chapter 13 payment.
6. Based on my current income, I fully expect to be able to make my chapter 13 payments timely and complete my plan as proposed.

Respectfully submitted:

/s/ CHRISTINA L BINGHAM

Debtor's Motion to Continue Stay

Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd. Ste. S-9