Lawrence D. Hirsch, SBN 004982
Robert R. Northrop, SBN 033088
**PARKER SCHWARTZ, PLLC**
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
*Telephone*: (602) 282-0477
*Facsimile*: (602) 282-0478
lhirsch@psazlaw.com
rnorthrop@psazlaw.com
Attorneys for Creditor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Christina L. Bingham<br><br>Debtor. | Chapter 13 Proceedings<br><br>Case No. 2:20-bk-09587-PS<br><br>**NOTICE OF STATUS HEARING**<br><br>(Assigned to the Hon. Paul Sala)<br><br>**Hearing Date: March 4, 2021**<br>**Hearing Time: 10:00 a.m.**<br>**Telephone: (877) 402-9757**<br>**Access Code: 4376956** |

**NOTICE IS HEREBY GIVEN** that a Status Hearing shall be conducted on **March 4, 2021 at 10:00 a.m.** before the Honorable Paul Sala, U.S. Bankruptcy Judge.

Per the General Order 20-3, the hearing will be by phone, call (877)402-9757, access code 4376956 to make an appearance.

RESPECTFULLY SUBMITTED this 23rd day of February, 2021.

**PARKER SCHWARTZ, PLLC**

*/s/ Rob Northrop*
Lawrence D. Hirsch
Robert R. Northrop
Attorneys for Creditor

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020

| | |
|---|---|
| 1 | Filed via ECF and copies sent by |
| 2 | Email this 23rd day of February, 2021, |
| 3 | to the following: |
| 4 | Thomas McAvity |
|   | Phoenix Fresh Start Bankruptcy |
| 5 | 4602 E Thomas Rd, Ste S-9 |
| 6 | Phoenix, AZ 85018 |
|   | tom@phxfreshstart.com |
| 7 | Attorney for Debtor |
| 8 | |
|   | Russell Brown |
| 9 | 3838 North Central Avenue, Suite 800 |
|   | Phoenix, AZ 85012-1965 |
| 10 | mail@ch13bk.com |
|   | Trustee |
| 11 | |
|   | Leonard J. McDonald, Jr. |
| 12 | Tiffany & Bosco, PA |
|   | 2525 East Camelback Road, Floor 7 |
| 13 | Phoenix, AZ 85016-9240 |
|   | ecf@tblaw.com |
| 14 | Attorney for Creditor Global Lending Services LLC |
| 15 | Synchrony Bank |
|   | c/o PRA Receivables Management, LLC |
| 16 | P.O. Box 41021 |
|   | Norfolk, VA 23541 |
| 17 | RMC@PRAGroup.com |
|   | Creditor |
| 18 | |
| 19 | A copy of the foregoing was mailed on this 23rd day of February, 2021, to: |
| 20 | All creditors and parties in interest |
|   | listed on the Creditor Mailing list |
| 21 | for Case No. 2:20-bk-09587-PS |
| 22 | |
| 23 | /s/ Elisabeth Maron |
|   | Elisabeth Maron |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |