Lawrence D. Hirsch, SBN 004982
Robert R. Northrop, SBN 033088
**PARKER SCHWARTZ, PLLC**
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
*Telephone*: (602) 282-0477
*Facsimile*: (602) 282-0478
lhirsch@psazlaw.com
rnorthrop@psazlaw.com
Attorneys for Creditor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>Christina L. Bingham<br><br>　　Debtor.<br>──────────────────────<br>John Bingham<br><br>　　Movant,<br><br>Christina L. Bingham<br><br>　　Respondent. | Chapter 13 Proceedings<br><br>Case No. 2:20-bk-09587-PS<br><br>**MOTION TO MODIFY AND ANNUL THE AUTOMATIC STAY**<br><br>(Assigned to the Hon. Paul Sala) |

John Brigham, (herein referred to as "Movant"), by and through his attorneys, Parker Schwartz, PLLC, by Lawrence D. Hirsch, Esq. and Robert R. Northrop, Esq., hereby moves this Court to grant Creditor's Motion to Modify and Annul the Automatic Stay pursuant to 11 U.S.C. Section 362 for the reasons as set forth herein:

1.　Debtor and Movant were divorced by Decree of Dissolution of Marriage entered December 17, 2019 by Judge Melissa Julian in the Superior Court of Maricopa, County, Arizona Case No. FC2018-051321.

2. There was one minor child born of the marriage at the time of dissolution, namely Zachary Bingham.

3. During the Divorce proceeding, on June 6, 2019 Debtor filed for relief under Chapter 13, Case No. 19-06994. That case was dismissed on September 10, 2019.

4. This Chapter 13 proceeding was filed on or about August 21, 2020.

5. On October 19, 2020 the Maricopa County Superior Court entered a Stipulated Order Re Rule 69 Agreement which modified the prior Decree of Dissolution. Debtor failed to disclose the existence of this Chapter 13 in the divorce proceeding. Movant never received proper notice of this Chapter 13 proceeding.

6. Due to the pendency of this Chapter 13 proceeding, the Rule 69 Agreement and the Order approving it would be void unless this Court were to annul the Automatic Stay retrospectively to October 18, 2019 or such time prior so as to not render void the Order of the Maricopa County Superior Court

7. As part of the Dissolution of Marriage and the Rule 69 Agreement, Debtor and Movant divided assets and assigned payment of debts. Debtor failed to disclose to the Superior Court and to Movant that she was then in a Chapter 13 Bankruptcy proceeding and was attempting to discharge debts to which payments she had been assigned in the Decree of Dissolution. The Rule 69 Agreement provided for additional assignment of debt to which Movant would not have agreed had he been provided proper Notice of this pending Chapter 13 proceeding.

8. Movant wishes to return to Superior Court to take such actions as he deems necessary to seek further Modification of the Decree of Dissolution as a result of the efforts of Debtor to discharge debts which had been assigned to her and for which Movant may now be obligated to pay without the benefit of indemnification from Debtor should she succeed in confirming her Chapter 13 Plan. See *Birt v. Birt*, 208 Ariz. 546, 549-54 (App. 2004).

WHEREFORE Movant, John Bingham, hereby respectfully requests that this Court grant the following relief:

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020

1. Grant Creditor's Motion to Annul the Automatic Stay as to the validity of the Rule 69 Agreement which was entered after the filing of the Chapter 13 proceeding and which was not disclosed by Debtor or properly noticed to Movant;

2. Modify the Automatic Stay so that Movant may pursue any and all rights and remedies allowed under applicable State law as to new Modification of the Decree of Dissolution and the Rule 69 Agreement;

3. Award Movant his fees and costs incurred herein as a sanction against Debtor and her Counsel for improperly noticing Movant of the pending Bankruptcy and her failure to properly inform the Superior Court that this case had been filed;

4. For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 24th day of February, 2021.

**PARKER SCHWARTZ, PLLC**

_/s/ Lawrence D. Hirsch_
Lawrence D. Hirsch
Robert R. Northrop
Attorneys for Creditor

Filed via ECF and copies sent by Email this 24th day of February, 2021, to the following:

Thomas McAvity
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
tom@phxfreshstart.com
Attorney for Debtor

Russell Brown
3838 North Central Avenue, Suite 800
Phoenix, AZ 85012-1965
mail@ch13bk.com
Trustee

1  */s/ Elisabeth Maron*
   Elisabeth Maron

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020