Lawrence D. Hirsch, SBN 004982
Robert R. Northrop, SBN 033088
**PARKER SCHWARTZ, PLLC**
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
*Telephone*: (602) 282-0477
*Facsimile*: (602) 282-0478
lhirsch@psazlaw.com
rnorthrop@psazlaw.com
Attorneys for Creditor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Christina L. Bingham<br><br>    Debtor.<br>_____<br><br>John Bingham<br><br>    Movant,<br><br>Christina L. Bingham<br><br>    Respondent. | Chapter 13 Proceedings<br><br>Case No. 2:20-bk-09587-PS<br><br>**NOTICE OF FILING MOTION TO MODIFY AND ANNUL THE AUTOMATIC STAY**<br><br>(Assigned to the Hon. Paul Sala) |

NOTICE IS HEREBY GIVEN that the Movant has filed a motion requesting the automatic stay be modified and annulled, the details of which are as follows:

Movant asserts that Debtor entered into a Stipulated Order Re Rule 69 Agreement on October 19, 2020 modifying the Decree of Dissolution of marriage of Debtor and Movant without disclosing the existence of this pending, and improperly noticed, Chapter 13 proceeding. Therefore, Movant is entitled to an order to annul the stay so as to protect the validity of the Rule 69 Agreement and to modify the stay so that Movant may pursue any and all rights and

remedies under applicable State law as to new Modification of the Decree of Dissolution and the Rule 69 Agreement.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

> John Bingham
> c/o Lawrence D. Hirsch, Esq.
> and Robert R. Northrop, Esq.
> PARKER SCHWARTZ, PLLC
> 7310 North 16th Street, Suite 330
> Phoenix, Arizona 85020

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

RESPECTFULLY SUBMITTED this 24th day of February, 2021.

**PARKER SCHWARTZ, PLLC**

    /s/ *Lawrence D. Hirsch*
Lawrence D. Hirsch
Robert R. Northrop
Attorneys for Creditor

Filed via ECF and copies sent by
Email this 24th day of February, 2021, to:

Thomas McAvity
Phoenix Fresh Start Bankruptcy
4602 E. Thomas Rd, Ste S-9
Phoenix, AZ 85018
tom@fphxfreshstart.com
Attorney for Debtor

Russell Brown
3838 North Central Avenue, Suite 800
Phoenix, AZ 85012-1965
mail@ch13bk.com

A copy of the foregoing was mailed on
this 24th day of February, 2021, to:

All creditors and parties in interest

listed on the Creditor Mailing list for Case No. 2:20-bk-09587-PS

*/s/ Elisabeth Maron*
Elisabeth Maron