Lawrence D. Hirsch, SBN 004982
Robert R. Northrop, SBN 033088
**PARKER SCHWARTZ, PLLC**
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
*Telephone*: (602) 282-0477
*Facsimile*: (602) 282-0478
lhirsch@psazlaw.com
rnorthrop@psazlaw.com
Attorneys for Creditor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Christina L. Bingham<br><br>Debtor. | Chapter 13 Proceedings<br><br>Case No. 2:20-bk-09587-PS<br><br>**NOTICE OF FILING PROOF OF SERVICE**<br><br>(Assigned to the Hon. Paul Sala) |

NOTICE IS HEREBY GIVEN that Creditor, John Bingham, by and through undersigned, has filed proof of service for the subpoenas issued to A to Z Pack and Ship LLC and Mail and More of Peoria LLC on March 1, 2021. Each proof of service is attached as Exhibits "1" and "2" to this Notice.

RESPECTFULLY SUBMITTED: March 5, 2021.

                **PARKER SCHWARTZ, PLLC**

                */s/ Rob Northrop*
                Lawrence D. Hirsch
                Robert R. Northrop
                Attorneys for Creditor

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020

# CERTIFICATE OF MAILING

I**, Elisabeth Maron,** do hereby certify that a copy of the **Notice of Filing Proofs of Service** was mailed or emailed to the following addresses on the date of the electronic signature affixed hereto:

Thomas McAvity
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
tom@phxfreshstart.com
Attorney for Debtor

Russell Brown
3838 North Central Avenue, Suite 800
Phoenix, AZ 85012-1965
mail@ch13bk.com
Trustee

Leonard J. McDonald, Jr.
Tiffany & Bosco, PA
2525 East Camelback Road, Floor 7
Phoenix, AZ 85016-9240
ecf@tblaw.com
Attorney for Creditor Global Lending Services LLC

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541
RMC@PRAGroup.com
Creditor

/s/ Elisabeth Maron
 Elisabeth Maron

# Exhibit 1

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: A to Z Pack and Ship LLC
on *(date)* 3-2-21.

☒ I served the subpoena by delivering a copy to the named person as follows: Sonia Mastropascua as Statutory Agent authorized party
on *(date)* 3-2-21 ; or
~~4:00~~ 1:00 pm

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 3-2-21

*Server's signature*

Jorge Juarez   MC-8911
*Printed name and title*

236 E Pima St #106, Phoenix 85004
*Server's address*

Additional information concerning attempted service, etc.:

# Exhibit 2

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __Mail and More of Peoria LLC__
on *(date)* __3-2-21__.

☒ I served the subpoena by delivering a copy to the named person as follows: __Patrick Demars as Statutory Agent Authorized Party__
_____ on *(date)* __3-2-21__ ; or
                                                     __5:54 pm__

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true and correct.

Date: __3-2-21__

_____
Server's signature

__Jorge Juarez MC-8911__
Printed name and title

__236 E Pima St #106, Phoenix 85004__
Server's address

Additional information concerning attempted service, etc.: