Lawrence D. Hirsch, SBN 004982
Robert R. Northrop, SBN 033088
**PARKER SCHWARTZ, PLLC**
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
*Telephone*: (602) 282-0477
*Facsimile*: (602) 282-0478
lhirsch@psazlaw.com
rnorthrop@psazlaw.com
Attorneys for Creditor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Christina L. Bingham<br><br>    Debtor.<br>_____<br><br>John Bingham<br><br>    Movant,<br><br>Christina L. Bingham<br><br>    Respondent. | Chapter 13 Proceedings<br><br>Case No. 2:20-bk-09587-PS<br><br>**NOTICE OF LODGING ORDER**<br><br>(Assigned to the Hon. Paul Sala) |

Please take notice that the attached order has been lodged with the Court

RESPECTFULLY SUBMITTED this 15th day of March, 2021.

                                                            **PARKER SCHWARTZ, PLLC**

                                                        */s/ Lawrence D. Hirsch*
                                                        Lawrence D. Hirsch
                                                        Robert R. Northrop
                                                        Attorneys for Creditor

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In Re:

Christina L. Bingham

Debtor.

Chapter 13 Proceedings

Case No. 2:20-bk-09587-PS

**ORDER RE: MOTION TO MODIFY AND ANNUL THE AUTOMATIC STAY**

(Assigned to the Hon. Paul Sala)

A Request for Status Conference, on an expedited basis having been submitted to the Court by Creditor and co-obligor, John Bingham, and good cause appearing.

**IT IS HEREBY ORDERED** granting the Motion to Modify and Annul the Automatic Stay.

**IT IS FURTHER ORDERED** Granting Creditor's Motion to Annul the Automatic Stay retroactive to the date of the filing of this proceeding so as to not render void the Rule 69 Agreement which was entered after the filing of the Chapter 13 proceeding and which was not disclosed by Debtor or properly noticed to Movant.

**IT IS FURTHER ORDERED** Modifying the Automatic Stay so that Movant may pursue any all and rights and remedies allowed under applicable State law as to new Modification of the Decree of Dissolution and the Rule 69 Agreement.

**IT IS FURTHER ORDERED** Awarding Movant his fees and costs incurred herein as a sanction against Debtor and her Counsel for improperly noticing Movant of the pending

1 Bankruptcy and her failure to properly inform the Superior Court that this case had been filed.

**DATED AND SIGNED ABOVE**