FORM notthrg

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:20−bk−09587−PS |
| CHRISTINA L BINGHAM<br>7677 WEST PARADIS LANE #1048<br>PEORIA, AZ 85382<br>SSAN: xxx−xx−6423<br>EIN: | Chapter: 13 |
| Debtor(s) | |

## NOTICE OF TELEPHONIC HEARING

A hearing in the above−captioned case will be held on **4/7/21** at **10:00 AM** before the **Honorable Paul Sala.** Any interested party is to appear by telephone. Interested parties are to call **877−402−9757** to appear for the hearing. The access code is **4376956**. The **Honorable Paul Sala** will consider and/or act upon the following matter(s) at the hearing:

JOHN BINGHAM'S MOTION TO MODIGU AND ANNUL THE AUTOMATIC STAY

Date: March 30, 2021

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>George Prentice |