Lawrence D. Hirsch, SBN 004982
Robert R. Northrop, SBN 033088
**PARKER SCHWARTZ, PLLC**
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
*Telephone*: (602) 282-0477
*Facsimile*: (602) 282-0478
lhirsch@psazlaw.com
rnorthrop@psazlaw.com
Attorneys for Creditor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Christina L. Bingham<br><br>     Debtor. | Chapter 13 Proceedings<br><br>Case No.  2:20-bk-09587-PS<br><br>**AMENDED NOTICE OF TELEPHONIC HEARING**<br><br>(Assigned to the Hon. Paul Sala)<br><br>**Hearing Date:  May 11, 2021**<br>**Hearing Time:  2:00 p.m.**<br>**Telephone:     (877) 402-9757**<br>**Access Code:   4376956** |

**NOTICE IS HEREBY GIVEN** that a Telephonic Hearing shall be conducted on **May 11, 2021 at 2:00 p.m.** before the Honorable Paul Sala, U.S. Bankruptcy Judge on 1) Creditor John Bingham's Motion to Dismiss Bankruptcy or in the Alternative Convert to Chapter 7 (DE 61); 2) Creditor John Bingham's Objection to Plan (DE 62); and 3) Plan Confirmation.

Per the General Order 20-3, the hearing will be by phone, call (877)402-9757, access code 4376956 to make an appearance.

RESPECTFULLY SUBMITTED this 20th day of April, 2021.

PARKER SCHWARTZ, PLLC

7310 North 16ᵗʰ Street, Suite 330
Phoenix, Arizona 85020

1              **PARKER SCHWARTZ, PLLC**

2

3                  _/s/ Lawrence D. Hirsch_

                  Lawrence D. Hirsch

4                   Robert R. Northrop

5                   Attorneys for Creditor

6

7 Filed via ECF and copies sent by
Email this 20th day of April, 2021,

8 to the following:

9 Thomas McAvity

10 Phoenix Fresh Start Bankruptcy

    4602 E Thomas Rd, Ste S-9

11 Phoenix, AZ 85018

    tom@phxfreshstart.com

12 Attorney for Debtor

13

14 Russell Brown

    3838 North Central Avenue, Suite 800

15 Phoenix, AZ 85012-1965

    mail@ch13bk.com

16 Trustee

17 A copy of the foregoing was mailed on
this 20th day of April, 2021, to:

18

19 All creditors and parties in interest
listed on the Creditor Mailing list

20 for Case No. 2:20-bk-09587-PS

21 _/s/ Paige Kleinwolterink_

    Paige Kleinwolterink

22

23

24

25

26

27

28