1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In Re:

Christina L. Bingham

    Debtor.

Chapter 13 Proceedings

Case No.  2:20-bk-09587-PS

### ORDER APROVING MOTION TO VACATE EVIDENTIARY HEARING

    Having reviewed and considered the *Motion to Vacate Evidentiary Hearing* regarding creditor John Bingham's *Motion to Dismiss Bankruptcy or in the Alternative Convert to Chapter 7* (DE 61) and *Objection to Plan* (DE 62), and good cause appearing,

    **IT IS ORDERED** that the Motion is granted.

    **IT IS FURTHER ORDERED** that the hearing scheduled for July 13, 2021 at 1:30 p.m. has been vacated subject to being reset at a later date if the Chapter 13 Plan is not confirmed.

### DATED AND SIGNED ABOVE